# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Roger Lee Deal Sr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00733-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Utilization Review Board Staff, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2012 Order.

January 2, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court