UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-733-RJC

| ROGER LEE DEAL, SR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FNU HASSAN, Camp Doctor, UTILIZATION REVIEW BOARD STAFF, ET AL., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on pro se Plaintiff Roger Deal's "Motion for Default Judgment," (Doc. No. 15), in which Plaintiff seeks an order of default against Defendant Sami Hassan.

In this action filed on November 5, 2012, Plaintiff, a state court inmate currently incarcerated at Scotland Correctional Institution, purported to bring a claim for deliberate indifference to serious medical needs against Lanesboro Correctional Institution prison doctor Sami Hassan and the "Utilization Review Board Staff." This Court entered an Order and Judgment dismissing this action for failure to exhaust administrative remedies on January 2, 2013. (Doc. Nos. 8; 9). Plaintiff filed the pending motion on August 26, 2013, <u>after</u> final judgment had already been entered in this case.

Because the Court has already dismissed this action, the Court will deny the pending motion as moot.

**IT IS, THEREFORE, ORDERED THAT** Plaintiff's "Motion for Default Judgment,"

-1-

(Doc. No. 15), is **DENIED**.

Signed: September 3, 2013

Robert J. Conrad, Jr.
United States District Judge